# Jodi E. Gimbel, P.C.

CERTIFIED PUBLIC ACCOUNTANTS AND CONSULTANTS

5 Revere Drive, Suite 350, Northbrook, IL 60062
Office: 847 504 0190 • Fax: 847 897 8903
E-Mail: jgimbel@jgimbelcpa.com

## INVOICE

Ilene Goldstein, Trustee                                              June 8, 2011
Law Offices of Ilene F. Goldstein, Chartered
850 Central Street
Suite 200
Highland Park, IL 60035

Re: Elderly Care, Inc.
Case No 10-09230 ABG

For services provided through June 8, 2011
as follows:

| Date | Description | Person | Hours | Rate | Total |
|---|---|---|---|---|---|
| 5/26/2011 | Review file and determine tax filing requirements and status of missing information | J. Gimbel | 0.60 | 185.00 | 111.00 |
| 6/8/2011 | Accounting for 2010 transactions and preparation of income statement and balance sheet necessary for preparation of income tax returns | J. Gimbel | 1.90 | 185.00 | 351.50 |
| 6/8/2011 | Prepare 2010 federal and Illinois corporate income tax returns of expenses | J. Gimbel | 2.20 | 185.00 | 407.00 |
| 6/8/2011 | Preparation of Power of Attorney forms and copies for federal and Illinois expedited audit requests | J. Gimbel | 0.30 | 185.00 | 55.50 |
| | Out of Pocket Costs for computer charges for tax preparation and postage | | | | 80.00 |
| | **TOTAL** | | | | **$ 1,005.00** |